# Third District Court of Appeal
## State of Florida

Opinion filed June 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2312
Lower Tribunal No. F16-11283
_____

**Ricardo L. Johnson,**
Appellant,

vs.

**State of Florida, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jason Bloch, Judge.

Ricardo L. Johnson, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellees.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.